UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALBERTO MONTALVO, DANIEL HURTADO,  :
FREDY RAMIREZ, JOSE RICARDO LOPEZ, :
MARIO VARGAS, MAURICIO SANTOS,     :
VICTOR HUGO SERRANO, *ON BEHALF OF* :
*THEMSELVES, FLSA COLLECTIVE*      :
*PLAINTIFFS, AND THE CLASS*,       :
                                   :
                        Plaintiffs, :
                                   :
          -against-                :
                                   :
                                   :
FIG & OLIVE FOUNDERS LLC, FIG & OLIVE :
USA INC., FIG & OLIVE HOLDING LLC, FIG :
& OLIVE FIFTH AVENUE LLC *DOING*   :
*BUSINESS AS* FIG & OLIVE FIFTH AVENUE, :
FIG & OLIVE THIRTEEN STREET LLC    :
*DOING BUSINESS AS* FIG & OLIVE    :
MEATPACKING, LAURENT HALASZ, JEAN  :
PIERRE HALASZ, SEBASTIAN GAULT,    :
CHRISTOPHER MEAKER, FIG & OLIVE INC. :
*DOING BUSINESS AS* FIG & OLIVE UPTOWN, :
                                   :
                        Defendants. :
-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 07/09/2020 |

20-CV-1603 (VEC)

ORDER TO SHOW
       CAUSE

VALERIE CAPRONI, United States District Judge:

   WHEREAS pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs

must effectuate service of process within 90 days of the filing of the Complaint;

   WHEREAS Plaintiffs' deadline for effecting service was May 25, 2020;

   WHEREAS no affidavits of service has been filed;

   WHEREAS no Defendant has appeared; and

   WHEREAS Plaintiffs have not sought a default judgment against any Defendant;

   IT IS HEREBY ORDERED THAT Plaintiffs must show cause, no later than **July 17,**

**2020**, why this action should not be dismissed without prejudice for failure to serve or for failure

to prosecute. If Plaintiffs are in negotiations with Defendant(s), counsel must inform the Court promptly, or if the parties have reached a settlement agreement, they must submit the agreement for approval in accordance with *Cheeks v. Pancake House*, 796 F.3d 199 (2d Cir. 2017).

**SO ORDERED.**

**Date: July 9, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**