# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/17/2020

WRITER'S DIRECT:     (212) 465-1188
                     CKLee@leelitigation.com

July 17, 2020

**Via ECF**:
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Montalvo et al v. Fig & Olive Founders LLC et al*
      Case No. 20-cv-01603 (VEC)

Dear Judge Caproni:

We represent Plaintiffs and write to in response to your Honor's Order of July 9, 2020, requesting that Plaintiffs file an update on service and their intent to prosecute this action.

Four of the Defendants, (1) FIG & OLICE FIFTH AVENUE, LLC, (2) FIG & OLIVE HOLDING LLC, (3) FIG & OLIVE THIRTEEN STREET LLC, and (4) FIG & OLIVE USA INC., filed for bankruptcy on July 3, 2020. Plaintiffs have filed a dismissal without prejudice for these four Defendants. Plaintiffs' claims against the remaining Defendants (1) FIG & OLIVE FOUNDERS LLC, (2) FIG & OLIVE INC. d/b/a FIG & OLIVE UPTOWN, (3) LAURENT HALASZ, (4) JEAN PIERRE HALASZ, (5) SEBASTIAN GAULT, and (6) CHRISTOPHER MEAKER, continue.

Additionally, Plaintiffs write to notify the Court that only one of the remaining Defendant has been served in this matter, FIG & OLIVE FOUNDERS, LLC, which was served on May 19, 2020. Plaintiffs are still in the process of serving the remaining Defendants, and therefore cannot file their returns of service or move for default judgment. Plaintiff respectfully requests that the Court grant an extension of 60 days, giving Plaintiffs time to serve until September 15, 2020 on our time to serve. Plaintiffs' process server has only recently re-opened for business due to the Pandemic.

We thank the Court for considering this request.

Respectfully submitted,

*/s/ CK Lee*
C.K. Lee, Esq.

---

Plaintiffs must serve the remaining defendants by **August 14, 2020**, or else the case will be dismissed for failure to serve.

SO ORDERED.                    Date: 07/17/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE