USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALBERTO MONTALVO, DANIEL HURTADO,    :
FREDY RAMIREZ, JOSE RICARDO LOPEZ,   :
MARIO VARGAS, MAURICIO SANTOS,       :
VICTOR HUGO SERRANO, *ON BEHALF OF*  :
*THEMSELVES, FLSA COLLECTIVE*         :
*PLAINTIFFS, AND THE CLASS*,          :
                                     :
                        Plaintiffs,  :        20-CV-1603 (VEC)
                                     :
            -against-                :        ORDER
                                     :
                                     :
FIG & OLIVE FOUNDERS LLC, FIG & OLIVE :
INC. *DOING BUSINESS AS* FIG & OLIVE  :
UPTOWN,                              :
                                     :
                        Defendants.  :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiffs have filed proof of service as to Defendant Fig & Olive Founders

LLC, Dkt. 32, and Defendant Fig & Olive Inc., Dkt. 37;

        WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for

Defendant Fig & Olive Founders, LLC on June 9, 2020, Dkt. 32, and for Defendant Fig & Olive

Inc. on August 28, 2020, Dkt. 37; and

        WHEREAS the two Defendants have not appeared or answered;

        IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why

default judgment should not be entered against the two Defendants, in accordance with this

Court's Individual Practices, no later than **Friday, October 16, 2020**.

**SO ORDERED.**

Date:  **September 18, 2020**                    _____
       **New York, New York**                       **VALERIE CAPRONI**
                                                  **United States District Judge**